McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE GABRIEL PEREZ CORANEL,<br>  aka Julio Camboa Lopez,<br>  aka Chelelo,<br><br>Defendant. | CASE NO. 1:09-CR-00423 DAD-BAM<br><br>UNITED STATES' MOTION TO DISMISS AND ORDER |

The United States of America, by and through its undersigned counsel, hereby moves for dismissal of the above-captioned matter and the recall of any arrest warrant for the above-named defendant for the following reasons.

The case is ten years old and the defendant's whereabouts are unknown.

 Dated: October 9, 2020                            McGREGOR W. SCOTT
                                                   United States Attorney

                                              By:  */s/ KAREN A. ESCOBAR*
                                                   KAREN A. ESCOBAR
                                                   Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

   Dated:  **October 13, 2020**                    _____
                                                   UNITED STATES DISTRICT JUDGE